

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

DIVISION OF
ENFORCEMENT

September 5, 2024

**VIA ECF**
Hon. Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza,
Central Islip, NY 11722-9014

      Re:   *Securities and Exchange Commission v. Surage Kamal Roshan Perera et al.*, 23-cv-02316 (GRB) (ARL)

Dear Judge Brown:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this letter to notify the Court of the Supreme Court's decision in *Starbucks Corp. v. McKinney*, 144 S. Ct. 1570 (2024) ("*Starbucks*") regarding the standard for preliminary injunctive relief, given the Court's June 5, 2023 Amended Preliminary Injunction Order (Dkt. No. 25) (the "Preliminary Injunction Order").

      *Starbucks* applied a four-part test for temporary and preliminary injunctions. Although *Starbucks* involved preliminary injunctive relief sought by a different government agency, on July 9, 2024, the Third Circuit in *SEC v. Chappell*, 107 F.4th 114 (3d Cir. 2024), applied the *Starbucks* test to enforcement actions brought by the SEC. That test requires a plaintiff to demonstrate the following factors to obtain a temporary or preliminary injunction: (1) a likelihood of success on the merits; (2) irreparable harm absent the injunction; (3) that the balance of equities tips in the plaintiff's favor; and (4) that the injunction sought is in the public interest. *Starbucks*, 144 S. Ct. at 1576.

      Here, the Court entered the Preliminary Injunction Order with the consent of the Defendants and Relief Defendant, and, accordingly, it should remain in effect. Additionally, the parties are presently in settlement negotiations to resolve this action.

                                                      Respectfully submitted,
                                                      */s/Austin Thompson*
                                                      Austin Thompson
                                                      Counsel to the SEC

cc:  All parties (by ECF)